1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DEVA M. SHERMAN,<br><br>        Plaintiff,<br><br>        v.<br><br>GEICO INDEMNITY COMPANY;<br>RACHAEL BERG; and DOES 1<br>through 10; inclusive,<br><br>        Defendants. | Case No. 3:23-cv-00129-RS<br><br>The Hon. Richard Seeborg<br>Courtroom 3<br><br>**ORDER GRANTING JOINT<br>STIPULATION TO DISMISS WITH<br>PREJUDICE**<br><br>Complaint Filed:    December 7, 2022<br>Trial Date:         February 5, 2024 |

### <u>ORDER OF THE COURT</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Deva M. Sherman ("Sherman") and Defendant GEICO Indemnity Company ("GEICO") (collectively, the "Parties"), jointly stipulated to dismiss Sherman's entire complaint against GEICO in the above-captioned action with prejudice, with all Parties to bear their own costs and attorneys' fees.

After consideration of the Parties' joint stipulation and all other matters presented to this Court, **IT IS HEREBY ORDERED THAT**:

The Parties' Joint Stipulation to Dismiss with Prejudice is **GRANTED**.  This action is hereby dismissed in its entirety, with prejudice.  All Parties will bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: ___May 31, 2023___

_____
The Honorable Richard Seeborg
Chief United States District Judge

SMRH:4890-6664-4838.1